IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEVEN MICHAEL AITKIN,

    *Plaintiff*,

v.                                         Case No.: 5:25cv45-MW/MJF

RICKY DIXON, et al.,

    *Defendants*.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 6, and has also reviewed *de novo* Plaintiff's objections, ECF No. 7. In his objections, Plaintiff emphasizes that his claims involve his subjection to past incidents of sexual assault in custody and his fear of imminent physical assaults. But the nature of Plaintiff's claims does not create an exception to Plaintiff's duty to respond truthfully to the litigation history question on the complaint form like the imminent harm exception does for "three-strikers" to proceed *in forma pauperis*. Nor does this Court agree with Plaintiff's characterization of Judge Frank's report and recommendation as evincing "patent bias and prejudice" against him such that Judge Frank would need to recuse himself.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 6, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's *pro se* "motion to recuse Magistrate Judge Frank," ECF No. 7, is **DENIED**. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice**, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1915(e)(2)(B)(i), for maliciousness and abuse of the judicial process." The Clerk shall close the file.

**SO ORDERED on March 17, 2025.**

> s/Mark E. Walker
> **Chief United States District Judge**